**United States District Court**
For the Northern District of California

1

2                                          **\*E-FILED:  April 10, 2013\***

3

4

5

6

7                           NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11   BERNABE MORA; STEVEN MORA,           No. C13-01528 HRL

12              Plaintiffs,               **INTERIM ORDER RE APPLICATION
                                          FOR LEAVE TO PROCEED IN FORMA
13      v.                                PAUPERIS**

14   RICHARD MCMANAHAN, et al.,

15              Defendants.
                                      /

16

17        Bernabe Mora seeks leave to proceed in forma pauperis (IFP).  However, Steven Mora

18   is also named as a plaintiff.  He must also file an IFP application and is directed to do so **no**

19   **later than April 24, 2013**.

20        SO ORDERED.

21   Dated: April 10, 2013

22
                                          _____
23                                        HOWARD R. LLOYD
                                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1    5:13-cv-01528-HRL Notice sent by U.S. Mail to:

2    Bernabe Mora
     11305 Del Monte Court #18
3    Castroville, CA 95012

4    Steven Mora
     11305 Del Monte Court #18
5    Castroville, CA 95012

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California