*E-FILED: April 10, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA; STEVEN MORA, | No. C13-01528 HRL |
| Plaintiffs, | **INTERIM ORDER RE APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| RICHARD MCMANAHAN, et al., | |
| Defendants. | |

Bernabe Mora seeks leave to proceed in forma pauperis (IFP). However, Steven Mora is also named as a plaintiff. He must also file an IFP application and is directed to do so **no later than April 24, 2013**.

SO ORDERED.

Dated: April 10, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1. 5:13-cv-01528-HRL Notice sent by U.S. Mail to:

2. Bernabe Mora
   11305 Del Monte Court #18
3. Castroville, CA 95012

4. Steven Mora
   11305 Del Monte Court #18
5. Castroville, CA 95012

6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.