***E-FILED: May 17, 2013***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BERNABE MORA; STEVEN MORA,

Plaintiffs,

v.

RICHARD MCMANAHAN; COLDWELL BANKER; ALEX BALONI; QUALITY LOANS; LITTON; NEW CENTURY; ALL PERSONS CLAIMING LEGAL ABILITY; DOES 1-30; NEW CENTURY MORTGAGE CORPORATION; GAY DALES INC REALTORS; ROY C. GUNTER III,

Defendants.
_______________________________________/

No. C13-01528 HRL

**ORDER FINDING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS**

**ORDER REFERRING THIS CASE TO JUDGE KOH FOR A RELATED CASE DETERMINATION**

**REPORT AND RECOMMENDATION RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

Bernabe and Steven Mora filed this action, alleging that real property located at 15061 Meridian Road in Castroville, California was wrongfully sold at a foreclosure sale.[1] They also appear to take issue with a state court order issued in eviction proceedings.

The Moras seek leave to proceed in forma pauperis (IFP). However, only Bernabe Mora submitted an affidavit as to his finances. On April 10, 2013, this court issued an order directing

[1] The court's records indicate that the alleged wrongful foreclosure of this same property has been the subject of at least four other lawsuits filed by either Bernabe Mora or Steven Mora (or both) in this court. See Case No. C10-02854 LHK (HRL) *Mora v. Litton Loan Servicing, et al*,; Case No. C10-02855 LHK (HRL) *Mora v. State Bar of California, et al.*; Case No. C11-02319 LHK (HRL) *Mora v. Litton Loan Servicing, et al.*; and Case No. C12-03259 LHK (HRL) *Mora v. Coldwell Banker, et al*.

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

Steven Mora to file, no later than April 24, 2013, an affidavit attesting to his finances. (Dkt. No. 4). That deadline has passed, and to date, the court has received no financial affidavit from him. Indeed, there has been no activity on the docket since the court issued its April 10, 2013 order. On the record presented, this court is unable to determine whether the Moras properly may proceed without paying the filing fee necessary to pursue this action. But, in any event, having reviewed the complaint, the court denies as moot the IFP application because there are no allegations giving rise to federal jurisdiction.

This case is referred to Judge Koh for a determination whether it is related to Case No. C11-02319 LHK *Mora v. Litton Loan Servicing, et al.* within the meaning of Civil Local Rule 3-12.

The undersigned further recommends[2] that this action be dismissed for lack of subject matter jurisdiction, without prejudice to the Moras to pursue their claims in state court. Federal courts have original jurisdiction over civil actions "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. A claim "arises under" federal law if, based on the "well-pleaded complaint rule," the plaintiff alleges a federal claim for relief. Vaden v. Discovery Bank, 129 S. Ct. 1262, 1272 (2009). Here, the caption of the complaint lists state law claims for quiet title, misrepresentation, unlawful and/or forcible entry, unlawful holding of real property, as well for "other relief." Although the complaint goes on to assert that this court has "supplemental jurisdiction," the pleading identifies no federal claim for relief. The allegations indicate that there is no diversity jurisdiction under 28 U.S.C. § 1332. Thus, the complaint fails to identify any basis for the court to exercise jurisdiction over the Moras' claims. And, without any basis for federal jurisdiction, there is no ground for the exercise of supplemental jurisdiction.

Any party may serve and file objections to this Report and Recommendation within

---

[2] The Moras openly announced their declination of magistrate judge jurisdiction in the caption of their complaint: "Request for District Judge Not Magistrate Judge."

United States District Court
For the Northern District of California

fourteen days after being served. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

Dated: May 17, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-01528-HRL Notice sent by U.S. Mail on May 17, 2013 to:

Bernabe Mora
11305 Del Monte Court #18
Castroville, CA 95012

Steven Mora
11305 Del Monte Court #18
Castroville, CA 95012

United States District Court
For the Northern District of California