**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BERNABE MORA; STEVEN MORA, | ) | Case No.: 13-CV-01528 |
| | ) | |
| Plaintiff, | ) | ORDER RE: REQUEST FOR |
| v. | ) | SUMMONS TO ISSUE |
| | ) | |
| RICHARD MCMANAHAN; COLDWELL | ) | |
| BANKER; ALEX BALONI; QUALITY | ) | |
| LOANS; LITTON; NEW CENTURY; ALL | ) | |
| PERSON CLAIMING LEGAL ABILITY; | ) | |
| DOES 1-30; NEW CENTURY MORTGAGE | ) | |
| CORPORATION; GAY DALES INC | ) | |
| REALTORS; ROY C. GUNTER III, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On May 17, 2013, Magistrate Judge Howard Lloyd denied as moot Plaintiffs' application to proceed in forma pauperis, and referred this case to the undersigned judge for a related case determination. ECF No. 5. Judge Lloyd also further recommended that this action be dismissed for lack of subject matter jurisdiction. *Id.*

On June 21, 2013, this Court related the above-captioned case to Case No. 11-02319, ECF No. 8, and dismissed the above-captioned action for lack of subject matter jurisdiction, without prejudice to Plaintiffs to pursue their claims in state court. ECF No. 9.

On July 2, 2013, Plaintiffs filed a notice of appeal to the Ninth Circuit. ECF No. 11.

1

Case No.: 13-CV-01528-LHK
ORDER RE: REQUEST FOR SUMMONS TO ISSUE

1      On July 15, 2013, Plaintiffs filed a request for summons to issue, requesting that the U.S.

2  Marshal serve defendants.  ECF No. 14.  Because the above-captioned case has been dismissed for

3  lack of subject matter jurisdiction, Plaintiffs' application to proceed in forma pauperis has been

4  denied as moot, and the case is currently on appeal, Plaintiffs' request is DENIED.

5  **IT IS SO ORDERED.**

6

7  Dated: July 29, 2013

                                    *Lucy H. Koh*

8                                  LUCY H. KOH
                                  United States District Judge

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 13-CV-01528-LHK
ORDER RE: REQUEST FOR SUMMONS TO ISSUE