UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA; STEVEN MORA, | Case No.: 13-CV-01528 |
| Plaintiff, | ORDER RE: REQUEST FOR SUMMONS TO ISSUE |
| v. | |
| RICHARD MCMANAHAN; COLDWELL BANKER; ALEX BALONI; QUALITY LOANS; LITTON; NEW CENTURY; ALL PERSON CLAIMING LEGAL ABILITY; DOES 1-30; NEW CENTURY MORTGAGE CORPORATION; GAY DALES INC REALTORS; ROY C. GUNTER III, | |
| Defendants. | |

On May 17, 2013, Magistrate Judge Howard Lloyd denied as moot Plaintiffs' application to proceed in forma pauperis, and referred this case to the undersigned judge for a related case determination. ECF No. 5. Judge Lloyd also further recommended that this action be dismissed for lack of subject matter jurisdiction. *Id.*

On June 21, 2013, this Court related the above-captioned case to Case No. 11-02319, ECF No. 8, and dismissed the above-captioned action for lack of subject matter jurisdiction, without prejudice to Plaintiffs to pursue their claims in state court. ECF No. 9.

On July 2, 2013, Plaintiffs filed a notice of appeal to the Ninth Circuit. ECF No. 11.

1

Case No.: 13-CV-01528-LHK
ORDER RE: REQUEST FOR SUMMONS TO ISSUE

On July 15, 2013, Plaintiffs filed a request for summons to issue, requesting that the U.S. Marshal serve defendants. ECF No. 14. Because the above-captioned case has been dismissed for lack of subject matter jurisdiction, Plaintiffs' application to proceed in forma pauperis has been denied as moot, and the case is currently on appeal, Plaintiffs' request is DENIED.

**IT IS SO ORDERED.**

Dated: July 29, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge